IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRENT JAMES ENNIS | ) | Chapter 7 |
|     Debtor(s) | ) | Bankruptcy No. 23-10106 -BLS |
| | ) | |
| | ) | |
| | ) | |

# ORDER

**AND NOW**, this the **6th** day of **March 2024,** it appears that on September 11, 2023 counsel for the Debtor filed a Motion to Convert Chapter 7 Case to a Chapter 13 case (Docket # **[58]**) for which no objection and/or response has been filed. The Clerk's Office has reached out to Debtor's counsel on 2 separate occasions advising of the requirement to file the CNO. On both occasions Debtor's counsel has failed to file.

THEREFORE, it is **HEREBY ORDERED** that Debtor's counsel is to file the CNO within seven (7) days from the date of this order or this case shall be **Dismissed** for failure to prosecute.

                                        **BRENDAN LINEHAN SHANNON**
                                        **UNITED STATES BANKRUPTCY JUDGE**

Cc:

William Jaworski, Chapter 13 Trustee - via email
Robert Masten – via email